Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of a photomicrographic camera, the claim of the plaintiff was sustained.

**No. 61871.**—Ben S. Armstrong et al. *v.* United States, protests 179503–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 61872.**—Clarence S. Holmes et al. *v.* United States, protests 225282–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiffs was sustained.

**No. 61873.**—Arthur J. Humphreys *v.* United States, protests 305872–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61874.**—D. H. May *v.* United States, protests 220302–K, etc. (Seattle).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of yellow cedar the same in all material respects as that the subject of *Border Brokerage Co. et al.* v. *United States* (39 Cust. Ct. 179, C. D. 1923), the claim of the plaintiff was sustained.

**No. 61875.**—Arthur J. Humphreys *v.* United States, protests 226863–K, etc. (Seattle).